

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00178-CV
_____

**IN THE MATTER OF THE MARRIAGE OF ISCADER PENALOZA AND OBED ROSAS AND IN THE INTEREST OF G.R. AND B.R., CHILDREN**

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 090648-E-FM, Honorable Douglas R. Woodburn, Presiding

October 26, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Obed Rosas, appeals from two trial court orders. Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because there is no agreement between the parties as to the payment of costs, costs will be taxed against Appellant.

*See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

2